# Court of Appeals
# of the State of Georgia

ATLANTA, February 01, 2018

*The Court of Appeals hereby passes the following order:*

**A18E0031. DWAYNE ADGAR, et al. v. CITY OF ATLANTA.**

This matter is before the Court on Dwayne and Arnold Adgar's **MOTION FOR EMERGENCY SUPERSEDEAS**. The motion is **DENIED**.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 02/01/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*